**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Glen Broemer, Civil No. 00-1567 (DWF/AJB)

Plaintiff,

v. **ORDER**

Central Intelligence Agency and
Does, 1-20,

Defendants.

---

Glen Broemer, Pro Se, P.O. Box 19171, Minneapolis, MN 55419, Plaintiff.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 5, 2000, recommending that Plaintiff's application to proceed without prepayment of fees be denied, that Plaintiff's self-styled "request for temporary restraining order; Request for Preliminary Injunction; Request for Injunctive Relief; Request for Declaratory Relief," be denied, and that the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii). The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record and the Court having reviewed the arguments and submissions of the Plaintiff, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

FILED JUL 27 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

1. Magistrate Judge Boylan's Report and Recommendation dated July 5, 2000 (Doc. No. 5), is **ADOPTED**.

2. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 3) is **DENIED**.

3. Plaintiff's self-styled "Request for Temporary Restraining Order; Request for Preliminary Injunction; Request for Injunctive Relief; Request for Declaratory Relief" (Doc. No. 1) is **DENIED**.

4. This action is summarily **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

Dated: July 27, 2000

DONOVAN W. FRANK
Judge of United States District Court